**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7143**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JOSE LUIS CORTES GONZALEZ, a/k/a Luis,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief District Judge.  (5:07-cr-00063-GEC-JGW-4)

Submitted:  October 15, 2015        Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Luis Cortes Gonzalez, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Luis Cortes Gonzalez appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gonzalez</u>, No. 5:07-cr-00063-GEC-JGW-4 (W.D. Va. June 16, 2015). We deny Gonzalez's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

* Gonzalez confines his appeal to the district court's denial of relief on his request for a sentencing reduction under Amendment 782 to the Sentencing Guidelines.